# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN VASHAUN MCKINLEY, | : | |
|     Plaintiff | : | CIVIL ACTION |
| v. | : | No. 17-cv-1573 |
| | : | |
| MEIER et al., | : | |
|     Defendants. | : | |

**MCHUGH, J.**                                                                                                                         April 17, 2019

## ORDER

This 17th day of April, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 23), Plaintiff's Response (ECF No. 24), and Defendants' Reply (ECF No. 25), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

                                                                           /s/ Gerald Austin McHugh
                                                                         United States District Judge