IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN VASHAUN MCKINLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 17-1573** |
| | : | |
| **CORRECTIONAL OFFICER MEIER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

This 24th day of April, 2020, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

          /s/ Gerald Austin McHugh
United States District Court Judge